GEORGE DINNERSTEIN, Plaintiff, v. MAX's GAS STATION, INC., MAX KIRSCH and MOLLY KIRSCH, Defendants. In the Matter of the Application of MORRIS BERLER, Attorney for the Plaintiff Above Named to Enforce the Lien of the Said Attorney for Services Rendered to the Plaintiff in Said Action. MORRIS BERLER, Attorney, Respondent; MAX's GAS STATION, INC., MAX KIRSCH and MOLLY KIRSCH, Appellants.— Proceeding to fix and determine the amount of an attorney's lien. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

ELIZABETH FARRELL and MICHAEL FARRELL, Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— The respondent Elizabeth Farrell, has recovered damages for personal injuries sustained when she stumbled and fell in a rounded depression or hole in the loose blue stone gravel covering the playground of a public school attended by her granddaughter; and her husband, Michael Farrell, has likewise recovered a judgment for loss of services and medical expenses. At the conclusion of the trial a motion was made to set aside the verdict as contrary to the weight of the evidence. Decision was reserved and thereafter the trial court in a memorandum stated that in his opinion the verdict was clearly against the weight of the evidence, but nevertheless denied the motion. An examination of the record establishes that the verdict is clearly against the weight of the believable, credible evidence. Judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.